This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
--------------------------------------------------------------

No. 224  SSM 36
The People &c.,
          Respondent,
        v.
Clinton Johnson,
          Appellant.

          Submitted by Evan Hannay, for appellant.
          Submitted by James P. Maxwell, for respondent.

MEMORANDUM:

        The order of the Appellate Division should be affirmed.

There is record support for the conclusion that the nearly four

and one-half year delay between the crime and the indictment "did

not deprive defendant of his due process right to prompt

prosecution" (People v Velez, 22 NY3d 970, 972 [2013]).  This is

- 1 -

not a circumstance where "a lengthy and unjustifiable delay in commencing the prosecution [ ] require[s] dismissal even though no actual prejudice to the defendant is shown" (People v Singer, 44 NY2d 241, 253-254 [1978]).

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, in a memorandum.  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

Decided November 17, 2016